IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARDIN CARRINGTON BENJAMIN**                                          **PLAINTIFF**

v.                              Case No: 4:24-cv-00967-LPR

**HAWKINS, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 6). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Amended Complaint (Doc. 5) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is directed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one exception. The Court is not certain that the *Heck* bar applies to the parole-related claim in the circumstances of this case. Even if it did, the Court is not certain that dismissal of the parole-related claim (as opposed to a stay of the proceedings on that claim) would be the right result. The Court need not address these questions, however, because this claim is factually unrelated to the other claims in the instant case and does not involve the same defendant. That alone is reason to dismiss this claim. If Mr. Benjamin wants to bring a new (separate) case about this single issue, he may try to do so.